■ Mark Ricci, Respondent, v A.O. Smith Water Products Co. et al., Defendants, and Cleaver-Brooks, Inc., Sued Herein as Cleaver Brooks Company, Inc., Appellant. [38 NYS3d 797]— Order, Supreme Court, New York County (Peter H. Moulton, J.), entered October 19, 2015, which, in this action arising from plaintiff's alleged exposure to asbestos resulting in his contracting mesothelioma, denied the motion of defendant

Cleaver-Brooks, Inc. for summary judgment dismissing the complaint as against it, unanimously affirmed, without costs.

The motion court applied the correct standard on the summary judgment motion and properly concluded that Cleaver-Brooks failed to establish entitlement to judgment as a matter of law. The record demonstrates that in support of its motion, Cleaver-Brooks merely pointed to perceived gaps in plaintiff's proof, rather than submitting evidence showing why his claims fail (*see Koulermos v A.O. Smith Water Prods.*, 137 AD3d 575 [1st Dept 2016]). Concur—Friedman, J.P., Richter, Feinman, Kapnick and Kahn, JJ.